UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 07-6678-01 |
| VERSUS | * | |
| TONYA PATTERSON | * | MAGISTRATE JUDGE HILL |

### DETENTION ORDER

The defendant, Tonya Patterson, appeared for a detention hearing on September 13, 2004, in accordance with 18 U.S.C. 3142(f). I conclude that the following facts require detention of the defendant pending trial in this case.

### FINDINGS OF FACT

The defendant is a serious flight risk.

### WRITTEN REASONS FOR DETENTION

The defendant has a long criminal history and has repeatedly failed to appear in court as required. Additionally, the defendant has had her probation revoked and has been found to have violated her parole. The defendant failed to respond to telephone calls by government agents, telling those agents to "catch me if you can". The defendant apparently also refused to tell her mother her whereabouts because she was"on the run". Under the circumstances, the court can find no condition or combinations of conditions which can reasonably assure the defendant's appearance in the Eastern District of Louisiana if she is released.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designatedrepresentative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, September 14, 2007.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE